AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Aiden Henry Bilyard<br><br>*Defendant* | )<br>)  Case: 1:21-mj-00656<br>)  Assigned To : Harvey, G. Michael<br>)  Assign. Date : 11/15/2021<br>)  Description: COMPLAINT W/ ARREST WARRANT<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  _____ Aiden Henry Bilyard _____ ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 231(a)(3), 2 - Civil Disorder and Aiding and Abetting;
18 U.S.C §§ 111(a)(1), (b), and 2 - Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon and Aiding and Abetting; 18 U.S.C. §§ 1361 and 2 - Destruction of Government Property and Aiding and Abetting;
18 U.S.C. §§ 1752(a)(1) and (b)(1)(A) and 2 - Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon and Aiding and Abetting;
18 U.S.C. § 1752(a)(2) and (b)(1)(A) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon;
18 U.S.C. § 1752(a)(4) and (b)(1)(A) - Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

Date:  _____ 11/15/2021 _____                              *Issuing officer's signature*
                                                                                      Digitally signed by G. Michael Harvey
                                                                                      Date: 2021.11.15 15:18:48 -05'00'

City and state:  _____ Washington, D.C. _____       _____ G. Michael Harvey, U.S. Magistrate Judge _____
                                                                                    *Printed name and title*

---

### Return

This warrant was received on *(date)*  _11/15/21_ , and the person was arrested on *(date)*  _11/22/21_
at *(city and state)*  _Raleigh, NC_ .

Date:  _11/22/21_

_____ *Arresting officer's signature* _____

_____ Andrew J Maurer    FBI TFO _____
*Printed name and title*