UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | CASE NO.: 1:21-mj-00656-GMH-1 |
| : | |
| **AIDEN BILYARD** : | |

DECLARATION OF JAMIE VAVONESE IN
SUPPORT OF MOTION FOR ADMISSION
*PRO HAC VICE*

I, Jamie Vavonese, hereby declare:

1. My full name is Jamie Lynn Vavonese.

2. My office address and phone number are as follows:

   Vavonese Law Firm
   421 Fayetteville Street, Suite 1100
   Raleigh, NC 27601

   (919)833-7454

3. I have been admitted to the following bars:

   - State Bar of North Carolina
   - Fourth Circuit Court of Appeals
   - United States District Court of the Eastern District of North Carolina
   - United States District Court of the Middle District of North Carolina

4. I have not been previously admitted *pro hac vice* in this Court within the last two years.

5. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Raleigh, North Carolina.

This the 30th day of November, 2021.

Respectfully submitted.

By: _____
Jamie L. Vavonese
NC State Bar No. 34264

VAVONESE LAW FIRM, PC
PO BOX 1656
Raleigh, NC 27602
(919) 833-7454
(919) 833-7457 (Fax)
jlv@vavolaw.com