UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. No. 1:21-mj-00656-GMH-1 |
| | ) |
| AIDEN BILYARD | ) |
| | ) |

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Criminal Rule 44.1 (c) and (d), Defendant moves for the admission and appearance of attorney Jamie L. Vavonese *pro hac vice* in the above-referenced case.  This motion is supported by the revised Declaration of Jamie L. Vavonese, filed herewith.  This motion is also supported and signed by Gregory S. Smith, an active and sponsoring member of the bar of this Court.

Accordingly, I respectfully request that the Court grant this Motion and permit the *pro hac vice* appearance of Ms. Vavonese in this action, as lead counsel for Mr. Bilyard.

Dated:  December 5, 2021        Respectfully submitted,

By:  *Gregory S. Smith*
Gregory S. Smith (D.C. Bar #472802)
Law Offices of Gregory S. Smith
913 East Capitol Street, S.E.
Washington, D.C.  20003
Telephone:  (202) 460-3381
Facsimile:  (202) 330-5229
Email: gregsmithlaw@verizon.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December, 2021, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

                                                *Gregory S. Smith*
                                                Gregory S. Smith